

# Helen F. Dalton and Associates, P.C.
### Attorneys at Law

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. 718.263.9591 ◆ F. 718.263.9598

October 10, 2019

**Via ECF**
The Honorable Magistrate Judge Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Ruiz v. Park Cake, Inc., et al.**
**19-CV-1478 (LTS)(DCF)**

Dear Judge Freeman:

    Our office represents the Plaintiff in the above-referenced matter and we submit this status report pursuant to the September 10, 2019 telephone conference and Order.

    During the September 10, 2019 telephone conference, our office advised the Court that we were unable to contact Plaintiff and had been unable to reach him for at least a month. Although we have attempted to reach Plaintiff by all possible means over the last month, we have yet to receive any response from Plaintiff. As we are unable to litigate this matter without Plaintiff's participation, we have agreed to voluntarily dismiss his claims without prejudice.

    We ask the parties be permitted to file the stipulation of dismissal by October 17, 2019. We thank Your Honor for her consideration on this matter.

Respectfully submitted,

Roman Avshalumov, Esq.